# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 6/10/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/11/2015 10:07:45 AM

CHRISTOPHER A. PRINE
Clerk

**TO:** **1ST COURT OF APPEALS**

**From:** **Deputy Clerk: MICHELLE LOPEZ**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:** 2015-04190

**VOLUME** _____ **PAGE** _____ **OR** **IMAGE #** 65601563

**DUE** 6/19/2015 **ATTORNEY** 24059834

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 1ST

**DATE JUDGMENT SIGNED:** 5/29/2015

**MOTION FOR NEW TRIAL DATE FILED** N/A

**REQUEST TRANSCRIPT DATE FILED** N/A

**NOTICE OF APPEAL DATE FILED** 3/23/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 10

**FILE ORDERED: YES** ☐ **NO** ☒ **IMAGED FILED: YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL:** D, OA

CHRIS DANIEL
Harris County, District Clerk

By: _/s/MICHELLE LOPEZ_
**MICHELLE LOPEZ, Deputy**

BC  NOTICE OF APPEAL FILED
BG  NOTICE OF APPEAL FILED – GOVERNMENT
C  JUDGMENT BEING APPEALED
D -  ACCELERATED APPEAL
OA  NO CLERK'S RECORD REQUEST FILED
O  CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA  AMENDED NOTICE OF APPEAL

6/8/2015 3:57:57 PM
Chris Daniel - District Clerk Harris County
Envelope No. 5588780
By: Phyllis Washington
Filed: 6/8/2015 3:57:57 PM

CAUSE NO. 2015-04190

| | | |
|---|---|---|
| MAURICE JOHNSON and | § | IN THE DISTRICT COURT OF |
| E&M ENTERPRISES, INC., | § | |
|   Plaintiffs, | § | |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | |
| NACE INTERNATIONAL and | § | |
| KEN GRAYS, | § | |
|   Defendants. | § | 215th JUDICIAL DISTRICT |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, NACE INTERNATIONAL, files this Notice stating its intention to appeal the trial court's Order Denying Defendant's Motion to Compel Arbitration, signed May 29, 2015. This appeal will be filed in and sought from either the First or Fourteenth Court of Appeals in Houston, Texas. **This is an accelerated appeal.** This is not a parental termination or child protection case, as defined in TEX. R. APP. P. 28.4.

NOTICE OF APPEAL .................................................................................................................PAGE 1

Respectfully submitted,

BY: /s/ Anthony T. Golz
      Anthony T. Golz
      Texas Bar No. 24059834
      agolz@cbylaw.com
      John L. Grayson
      Texas Bar No. 08341500
      jgrayson@cbylaw.com
      Robert J. Naudin, Jr.
      Texas Bar No. 24053898
      rnaudin@cbylaw.com
      COKINOS, BOSIEN & YOUNG
      1221 Lamar Street, 16th Floor
      Houston, Texas 77010
      (713) 535-5500
      (713) 535-5533 (Fax)

ATTORNEYS FOR DEFENDANT,
NACE INTERNATIONAL

## CERTIFICATE OF SERVICE

I certify that, on June 8, 2015, a copy of the foregoing was forwarded to all counsel of record by the Electronic Filing Service Provider and by facsimile as follows:

Marcellous S. McZeal
GREALISH & MCZEAL, P.C.
700 Louisiana Street, 48th Floor
Houston, Texas 77002
(713) 255-3234
(713) 783-2502 (Fax)

**Attorneys for Plaintiffs,**
**Maurice Johnson and E&M Enterprises, Inc.**

/s/ Anthony T. Golz
Anthony T. Golz

## CAUSE NO. 2015-04190

Pgs-1

CPROY

| | | |
|---|---|---|
| **MAURICE JOHNSON and** | § | **IN THE DISTRICT COURT** |
| **E & M ENTERPRISES, INC.** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | **OF HARRIS COUNTY, TEXAS** |
| | § | |
| | § | |
| **NACE INTERNATIONAL and** | § | |
| **KEN GRAYS** | § | **215th JUDICIAL DISTRICT** |
| **Defendants.** | § | |

### ORDER DENYING DEFENDANT'S
### MOTION TO COMPEL ARBITRATION

On this day, came on to be heard NACE International's Motion to Compel Arbitration. After considering the Motion, the Response, the evidence and argument of counsel, the Court DENIES the Motion to Compel Arbitration.

Accordingly, NACE International's Motion to Compel Arbitration is DENIED.

IT IS ALSO ORDERED that Plaintiff be awarded $_____.00 in attorneys' fees for the defense and response of the Motion. Additionally, all costs are taxed against NACE International.

SIGNED this the __ of May, 2015.

Signed:
5/29/2015 _____

Judge Elaine H. Palmer

PLAINTIFF'S ORIGINAL PETITION PAGE- 1

```
JUC8H (NR4#)      JUSTICE INFORMATION MANAGEMENT SYSTEM      JUN 10, 2015(C1)
INT6510                    CIVIL CASE INTAKE              OPT: _____  -  INT
                         GENERAL PARTY INQUIRY           PAGE:   1  -    1

CASE NUM: 201504190__ PJN> __  TRANS NUM: _____ CURRENT COURT: 215 PUB? _
CASE TYPE: BREACH OF CONTRACT            CASE STATUS: ACTIVE
STYLE: JOHNSON, MAURICE                  VS NACE INTERNATIONAL
=============================================================================
                         **** ACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR      PERSON NAME            PTY    ASSOC. ATTY
   NUM   NUMBER                                        STAT
 _     00005-0001 AGT          NACE INTERNATIONAL (A NON-PROF
 _     00004-0001 DEF          GRAYS, KEN
 _     00003-0001 PLT 00798368 E & M ENTERPRISES INC         MCZEAL, MARCE
 _     00002-0001 DEF 24053898 NACE INTERNATIONAL            NAUDIN, ROBER
 _     00001-0001 PLT 00798368 JOHNSON, MAURICE              MCZEAL, MARCE



==> (5) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```